UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL LOPEZ,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>MIZMOR 91 LLC et al.,<br><br>                              Defendants. | 24 Civ. 02635 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    Plaintiff's motion for a default judgment, ECF No. 28, is hereby GRANTED. The case is referred to the designated Magistrate Judge, Judge Robert Lehrburger, for an inquest as to injunctive relief, attorneys' fees, and costs pursuant to Fed. R. Civ. P. 55(b)(2).

    The Clerk of Court is directed to terminate ECF No. 28.

    SO ORDERED.

Dated: June 25, 2025
         New York, New York

                                                                   JENNIFER H. REARDEN
                                                        United States District Judge