UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAMUEL LOPEZ,

                Plaintiff,                    24 **CIVIL** 2635 (JHR)(RWL)

      -against-                                **JUDGMENT**

MIZMOR 91 LLC et al.,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 6, 2025, the Court adopts the Report & Recommendation in its entirety. Default judgment is entered in favor of the Plaintiff against the Defendants consistent with the rulings in the order

**Dated:**  New York, New York
          October 8, 2025

                                                  **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                        **BY:**

                                                    **Deputy Clerk**