MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH

███████████████████████

FLOOR NEW YORK, NEW YORK
10011 TELEPHONE:
212-433-2554

**March 17, 2026**

Denied as set forth in report
and recommendation on fees
and costs.

SO ORDERED:

3/18/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Honorable Robert W. Lehrburger
U.S. Magistrate Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Re:    *Lopez v. Mizmor 91 LLC et al*
       *Civil Action No.: 1:24-cv-02635-JHR-RWL*
       *Motion for Extension of Time*

Dear Honorable Judge Lehrburger,

We represent Plaintiff in the above-styled action.

Pursuant to the Court's March 9, 2026 Order, as it pertains to Plaintiff's January 15, 2026 Motion for Fees, the Plaintiff would respectfully request an extension of time to file the amended motion.

The grounds for this motion are premised on the necessity for acquiring all pertinent records regarding expenses incurred in expert reports and service, as well as any other supporting records. The Plaintiff apologizes for the request, however some of the records have not been collected yet, and with a one to two week extension, the Plaintiff believes those records can be appended to the amendment of the current motion  Therefore, Plaintiff humbly request that the Court grant an extension of time, according to Your Honor's sagacious discretion, so that Plaintiff can better comply with the Court's previous Order.

Thank you for the Court's time and consideration of this matter.

Most Respectfully,

BARDUCCI LAW FIRM
PLLC

Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only